# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:08-CV-0363(DNH)(DEP)

JOHN JAY HUMPHREY

- v -

COURT CLERK FOR THE SECOND CIRCUIT

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), and that the plaintiff's *in forma pauperis* application is denied as moot, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed May 1, 2008.

 May 1, 2008
_____
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

   C. Mergenthaler
_____
   **(BY) DEPUTY CLERK**

Entered and served on May 1, 2008